UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                              :

UNITED STATES OF AMERICA
                          :   SUPERSEDING INFORMATION

       - v. -
                          :   S2 07 Cr. 580(CLB)

FRANK ORTIZ,
                          :

        Defendant.
                          :
- - - - - - - - - - - - - - - - x

ORIGINAL

DEC 1 2 2007

### COUNT ONE

The United States Attorney charges:

1. From at least in or about December 2006 through on or about May 10, 2007, in the Southern District of New York and elsewhere, FRANK ORTIZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of the conspiracy that FRANK ORTIZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 100 kilograms and more of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

### Overt Act

3. In furtherance of the conspiracy and to effect the illegal objects thereof, FRANK ORTIZ, the defendant, committed

the following overt act, among others, in the Southern District of New York:

    a. On or about May 10, 2007, FRANK ORTIZ, the defendant, traveled to the vicinity of 684 Saw Mill River Road, Yonkers, New York.

(Title 21, United States Code, Section 846.)

_____
MICHAEL J. GARCIA
United States Attorney