*Cosh. 1*
12/12/07

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

DEC 1 2 2007

---

**UNITED STATES OF AMERICA,** :

v. :

                                                                                    S2  07 Cr. 580 (CLB)

**FRANK ORTIZ,** :

          Defendant.

------------------------------------x

      **FRANK ORTIZ,** the above-named defendant, who is accused of violating Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), 846, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                                  _____
                                                                           Defendant.

                                                                   _____
                                                                     Counsel for Defendant.

Date:  White Plains, New York
         December 12 , 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____